27/10/04

99-125 JAF

Hon. Jaez S. Fusté

Yo se que usted es una persona sumamente ocupada y talves piense que yo soy impaciente, pero es que no es fácil el pensar cada día en si mi sentencia cambiara o no. El pasado 27 de sep. yo recibí una carta suya en la cual me decía que en approximadamente 15 días me daría una contestación de mi caso. Yo le estoy escribiendo porque me entere que hay un vuelo la procsima semana y le quisiera pedir que si la sentencia no es possible por favor me embien de vuelta a Alabama donde es mi destinación. Me pido desculpas por las molestias que le estoy causando y le agradesco de todo corazón su intervención porque es hasta ahora que recibí su carta que yo se con certesa que después de 4 años esperando una contestación sobre mi caso por fin esta en sus manos y se que este es el ultimo escalon que me toca subir y la ultima palabra la tiene usted. Gracias por a ver sido tan amable en darme un poco de su tan ocupado tiempo y

le ruego por segunda vez que dis-
culpe mis impericias.

Att
Carmelo Aguilera

Docket # 1453
Fiscal José Torres
Sistie Pierre Laborde
Abogado Ramon Garcia Garcia