IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>Vs.<br><br>CARMELO AGUILERA<br><br>Defendant | CRIMINAL NO. 99-125 (JAF) |

## MOTION TO WITHDRAW

**TO THE HONORABLE COURT:**

**COMES NOW**, the undersigned attorney Ramon Garcia Garcia informs and respectfully alleges and prays as follows:

**1.** I was advised by Mr. **CARMELO AGUILERA** that wanted me to withdraw as counsel in his case.

**2.** Due to the above stated fact it is requested, that this motion be granted.

**WHEREFORE**, it is respectfully request to this Honorable Court to grant this motion.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATION**: I certify that on this same date I notified electronically filed the foregoing with the Clerk of the Court using the **CM/ ECF** system which will send notification of such filing to the following: Assistant US Attorney, Desiree Laborde.

In San Juan, Puerto Rico, this 15 day of December, 2004.

1

<u>/s/Ramón García García, ESQ.</u>
**RAMON GARCIA GARCIA, ESQ.**
**P.O. BOX 9047**
**SANTURCE STATION**
**SANTURCE, P.R.  00908**
**TEL. (809) 759-7440**
**FAX. (809) 763-5223**
